**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cameron JONES, Defendant–Appellant.**

**No. 04–12759**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 21, 2005.

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM.

Sheryl J. Lowenthal, appointed counsel for Cameron Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED.**